

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00374-CR

| | | |
|---|---|---|
| Zachary Auguste Kitchen, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1478907D) |
| | § | July 15, 2019 |
| v. | § | Opinion by Justice Birdwell |
| | § | (en banc) |
| The State of Texas | § | (p) |

## JUDGMENT ON EN BANC RECONSIDERATION

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Wade Birdwell
      Justice Wade Birdwell